IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REGINA FLIPPIN, M.D.<br><br>Plaintiff,<br><br>v.<br><br>AURORA BANK, FSB, MORTGAGE CONTRACTING SERVICES, INC., a/k/a MORTGAGE CONTRACTING SERVICES, LLC, and PIERCE & ASSOCIATES, P.C.,<br><br>Defendants. | Case No.: 1:12-cv-01996<br><br>**Honorable Ronald A. Guzman** |

## DEFENDANTS AURORA BANK, F.S.B. AND MORTGAGE CONTRACTING SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Defendants Aurora Bank, FSB ("Aurora Bank") and Mortgage Contracting Services, Inc. ("MCS"), by and through counsel of record, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby move this Court to issue an ORDER dismissing Plaintiff Regina Flippin's ("Plaintiff") Complaint.

As grounds for this Motion, Aurora Bank and MCS state that many, if not all, of Plaintiff's claims are inappropriately brought given the factual circumstances of this matter. Dismissal of such claims is appropriate under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. Additionally, those claims that may survive are not properly before this Court and should be dismissed for re-filing in the appropriate division of the Illinois state court.

A Memorandum of Law in support of this Motion has been separately-filed with this Court and incorporated by reference herein.

1373960.1

        Respectfully Submitted,

        **AURORA BANK, F.S.B.**

        **MORTGAGE CONTRACTING SERVICES, INC.,**

        By:   */s/ Geoffrey A. Belzer*
                One of their attorneys

Michael P. Tone
Kimberly Rients-Blair
Geoffrey A. Belzer
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
55 W. Monroe Street—Suite 3800
Chicago, Illinois 60603
Tel: (312) 704-0550
Fax: (312) 704-1522
michael.tone@wilsonelser.com
kim.blair@wilsonelser.com
geoffrey.belzer@wilsonelser.com

1373960.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on **June 1, 2012,** a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following:

Daniel A. Edelman
courtecl@edcombs.com

Cathleen M. Combs
ccombs@edcombs.com
James O. Latturner
jlatturner@edcombs.com

Rupali Rajendra Shah
rshah@edcombs.com

Tara Leigh Goodwin
tgoodwin@edcombs.com

James Matthew Goodin
mgoodin@lockelord.com

David F Standa
dstanda@lockelord.com

Michael Ryan Kemock
mkemock@atty-pierce.com

Parties may access this filing through the Court's system.

                                           */s/ Geoffrey A. Belzer*
                                               Geoffrey A. Belzer

1373960.1